UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEL MONTE FRESH PRODUCE )
COMPANY, )
  241 Sevilla Avenue, Coral Gables, FL )
  33134 )
               Plaintiff, )
    vs. )      C.A. No. _____
)
UNITED STATES OF AMERICA, )
  c/o Office of the United )
  States Attorney for the )
  District of Columbia, 555 )
  4th Street, N.W., )
  Washington, D.C. 20530 )
)
UNITED STATES DEPARTMENT OF )
THE TREASURY, )
  1500 Pennsylvania Avenue, NW, )
  Washington, DC 20220, and )
)
OFFICE OF FOREIGN ASSETS )
CONTROL, )
  United States Department of the )
  Treasury, 1500 Pennsylvania Avenue, )
  NW, Washington, DC 20220 )
)
               Defendants. )

## CERTIFICATE UNDER LCVR 7.1

I, the undersigned, counsel of record for Del Monte Fresh Produce Company, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Del Monte Fresh Produce Company which have any outstanding securities in the hands of the public: Fresh Del Monte Produce, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

___391837___
Bar Identification Number

Daniel G. Jarcho
Print Name

1900 K Street, N.W.
Address

Washington, DC 20006
City,         State         Zip

202-496-7500
Telephone Number