UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEL MONTE FRESH PRODUCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNITED STATES OF AMERICA,<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, and<br><br>OFFICE OF FOREIGN ASSETS CONTROL,<br><br>　　　　Defendants. | C.A. No. 1:06CV01844 (RJL) |

### NOTICE OF FILING

PLEASE TAKE NOTICE that Plaintiff Del Monte Fresh Produce Company hereby files the returns of service for the summonses issued in this case.

　　　　　　　　　　　　　　　　_(signature)_
　　　　　　　　　　　　　　　　Daniel G. Jarcho (D.C. Bar No. 391837)
　　　　　　　　　　　　　　　　MCKENNA LONG & ALDRIDGE LLP
　　　　　　　　　　　　　　　　1900 K Street, N.W.
　　　　　　　　　　　　　　　　Washington, D.C. 20006
　　　　　　　　　　　　　　　　(202) 496-7500

　　　　　　　　　　　　　　　　Myron Paul Barlow (D.C. Bar No. 462886)
　　　　　　　　　　　　　　　　Matthew J. McGrath (D.C. Bar No. 412954)
　　　　　　　　　　　　　　　　MCGRATH & BARLOW LLP
　　　　　　　　　　　　　　　　5335 Wisconsin Avenue, NW
　　　　　　　　　　　　　　　　Suite 440
　　　　　　　　　　　　　　　　Washington, DC  20015
　　　　　　　　　　　　　　　　(202) 895-2786

　　　　　　　　　　　　　　　　Attorneys for Plaintiff
November 7, 2006　　　　　　　　Del Monte Fresh Produce Company

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Del Monte Fresh Produce Company

V.

U.S.A. et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:06CV01844

JUDGE: Richard J. Leon

DECK TYPE: Administrative Agency Review

DATE STAMP: 10/27/2006

TO: (Name and address of Defendant)

United States Department of the Treasury

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel G. Jarcho
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within  __SIXTY (60)__  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

OCT 27 2006

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE October 27, 2006 |
| NAME OF SERVER *(PRINT)* Daniel G. Jarcho | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify): Certified Mail _____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    11/7/06
                 Date

Signature of Server
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC  20006
(202) 496-7500
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Del Monte Fresh Produce Company

**SUMMONS IN A CIVIL CASE**

V.

U.S.A. et al.

CASE NUMBER 1:06CV01844

JUDGE: Richard J. Leon

DECK TYPE: Administrative Agency Review

DATE STAMP: 10/27/2006

TO: (Name and address of Defendant)

Office of Foreign Assets Control

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel G. Jarcho
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within _SIXTY (60)_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                OCT 27 2006
CLERK                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | October 27, 2006 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Daniel G. Jarcho | Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  Certified Mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11/7/06
              Date

*Signature of Server*
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC  20006
(202) 496-7500
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Notice of Filing to be served by first class mail on the following on this 7th day of November 2006:

Nicholas Oldham
U.S. Department of Justice
20 Massachusetts Avenue, NW
Room 7119
Washington, DC 20530

_____
Daniel G. Jarcho