UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEL MONTE FRESH PRODUCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF THE TREASURY, and OFFICE OF FOREIGN ASSETS CONTROL,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)　C.A. No. 1:06CV01844 (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Del Monte Fresh Produce Company hereby provides notice that it is dismissing this action without prejudice.

Respectfully submitted,

s/s Daniel G. Jarcho
Daniel G. Jarcho (D.C. Bar No. 391837)
MCKENNA LONG & ALDRIDGE LLP
1900 K Street, N.W.
Washington, D.C. 20006
(202) 496-7500

Myron Paul Barlow (D.C. Bar No. 462886)
Matthew J. McGrath (D.C. Bar No. 412954)
Randi S. Field (D.C. Bar No. 375522)
MCGRATH & BARLOW LLP
5335 Wisconsin Avenue, NW
Suite 440
Washington, DC 20015
(202) 895-2786

Attorneys for Plaintiff
Del Monte Fresh Produce Company

November 9, 2006

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Notice of Dismissal to be served by first class mail on the following on this 9th day of November 2006:

> Nicholas A. Oldham
> Trial Attorney
> Civil Division, Federal Programs Branch
> U.S. Department of Justice
> 20 Massachusetts Avenue, NW
> Room 7119
> Washington, DC  20530

s/s Daniel G. Jarcho
Daniel G. Jarcho